# UNITED STATES DISTRICT COURT

\*\*\*\*       DISTRICT OF   NEVADA

LANCE REBERGER,

    Plaintiff,  JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:17-cv-00251-MMD-WGC**

DWAYNE DEAL, *et al.*,

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's motion for voluntary dismissal (ECF No. 3) is granted. This action is dismissed in its entirety without prejudice.

  September 26, 2017        **DEBRA K. KEMPI**
                                    Clerk

                                  /s/ D. R. Morgan
                                  Deputy Clerk